UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-01349-KLM

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| Plaintiff, | : |
| vs. | : |
| BRIXMOR HOLDINGS 11 SPE, LLC, a Delaware limited liability company; and | : |
| WFM-WO, INC., a Delaware corporation; | : |
| Defendants. | : |

## NOTICE OF SETTLEMENT WITH WFM-WO, INC.

Plaintiff, Fred Nekouee, by and through his undersigned counsel, hereby advises the Court that Defendant WFM-WO, INC. has reached a settlement in principle with Plaintiff Fred Nekouee. The parties expect to finalize the settlement within the next 21-days.

Respectfully submitted,

s/Robert J. Vincze
Robert J. Vincze (CO #28399)
Law Offices of Robert J. Vincze
PO Box 792 Andover, Kansas 67002
Phone: 303-204-8207
Email: vinczelaw@att.net

*Attorney for Plaintiff Fred Nekouee*

## CERTIFICATE OF SERVICE

I certify that on July 10, 2020, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system.

s/Robert J. Vincze
Robert J. Vincze (CO #28399)