UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-01349-KLM

FRED NEKOUEE, individually,         :
           :
         Plaintiff,         :
           :
vs.         :
           :
BRIXMOR HOLDINGS 11 SPE, LLC, a     :
Delaware limited liability company;        :
           :
         Defendant.         :
_____/

## NOTICE OF DISMISSAL WITH PREJUDICE
## OF DEFENDANT BRIXMOR HOLDINGS 11 SPE, LLC

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Fred Nekouee ("Plaintiff") hereby

dismisses Plaintiff's claims against Defendant BRIXMOR HOLDINGS 11 SPE, LLC with

prejudice.  Such parties have entered into and perfected a Settlement Agreement.


DATE:  August 8, 2020


Respectfully submitted,

*s/Robert J. Vincze*
Robert J. Vincze (CO #28399)
Law Offices of Robert J. Vincze
PO Box 792
Andover, Kansas 67002
Phone: 303-204-8207
Email: vinczelaw@att.net

*Attorney for Plaintiff Fred Nekouee*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 8th day of August 2020, I filed a true and correct copy of the foregoing Notice via the Court's CM/ECF system.

<u>s/*Robert J. Vincze*</u>
Robert J. Vincze (CO #28399)